## 8844. JACKSON v. THE STATE.

LUKE, J. 1. Upon the trial of one charged with rape the particulars of a
complaint made by the female are not admissible in behalf of the
prosecution, unless the complaint be a part of the res gestæ or the par-
ticulars of the complaint be shown upon cross-examination. *Huey* v.
*State,* 7 *Ga. App.* 393 (66 S. E. 1023); *Williams* v. *State,* 15 *Ga. App.*
306 (82 S. E. 938). The court erred in overruling the motion for a
new trial, because of the admission of such testimony.
2. It is unnecessary to consider the other grounds of the motion for a new
trial, as it is not likely that the alleged errors will recur upon another
trial. *Judgment reversed. Wade, C. J., and George, J., concur.*
DECIDED AUGUST 3, 1917.

46

Indictment for assault with intent to rape.; from Jasper superior court—Judge Park. April 16, 1917.

*A. S. Thurman,* for plaintiff in error.

*Doyle Campbell, solicitor-general, Greene F. Johnson,* contra.